STATE of Missouri, Respondent,

v.

**Rodney Dean KITCHEN, Appellant.**

No. WD 35563.

Missouri Court of Appeals,
Western District.

March 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied June 25, 1985.

John Edward Cash, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., TURNAGE, C.J., and KENNEDY, J.

ORDER

PER CURIAM:

Appeal from conviction of assault in the first degree, § 565.050, RSMo 1978, and sentence of fifteen years imprisonment.

Judgment affirmed. Rule 30.25(b).

All concur.

STATE of Missouri, Respondent,

v.

**Johnny P. MOORE, Appellant.**

No. 48674.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1985.

Application to Transfer Denied June 25, 1985.

Debra Buie Arnold, Public Defender, St. Louis, for appellant.

John Munson Morris, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Defendant was convicted by a jury of first degree robbery, and the court imposed a twelve year prison sentence. Defendant appeals, claiming instructional error. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).